DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DUSAN BABIC,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1325

_____

December 8, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Jacob Grollman of Grollman Law P.A., Bradenton, for Appellant.


PER CURIAM.

    Affirmed.



SILBERMAN, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.